THE BEINHAKERMILLER LAW FIRM, LLC
414 Westfield Avenue
Westfield, New Jersey 07090
(908) 272-2232
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. JASON M. COHEN, M.D., F.A.C.S., as assignee of Pamela Molnar, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHEM BLUE CROSS BLUE SHIELD, <br><br> Defendant. | Civil Action No.: **3:10-cv-04487-GEB-LHG** |

## ORDER

AND NOW, this __23rd__ day of __March__ 2011, upon Plaintiff's application for leave to file an Amended Complaint, and no opposition having been submitted, it is hereby **ORDERED** and **DECREED** that the Plaintiff's application is hereby **GRANTED.** Accordingly, it is **ORDERED** as follows:

1. Plaintiff shall file its First Amended Complaint by __April 4, 2011__.
2. Defendant shall file its responsive pleading in accordance with Fed. R. Civ. P. 15(a)(3).

BY THE COURT:

_____
The Honorable Lois H. Goodman, USMJ